File Hashes for IP Address 71.187.219.107

**ISP:** Verizon FiOS
**Physical Location:** Short Hills, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/20/2014 05:28:42 | 7BBBFA52EE01A5505DBFC4D05EA349729B276D1E | I Can Not Wait |
| 07/19/2014 23:30:15 | 17D7573A4EB97D91F414806F08AF0EAB397FD9C3 | A Christmas Story |
| 07/19/2014 23:05:57 | FF5D96473B2158BB2A6D3AEA6C16E7DD61D46311 | Dancing Romance |
| 07/19/2014 22:57:38 | 4C0CDAF8D3DF5E95BD182BA6DA91DD8AFA884B63 | The Way I Feel |
| 06/11/2014 13:48:23 | D5B8806C4852E3F4FD0398C14354BA0FAA5CC7B0 | I Am In the Mood |
| 06/10/2014 03:39:48 | CC19F6D0B8A548BA757F2A759D6B4621F617B0D1 | Rope Priority |
| 06/10/2014 02:43:30 | CB505B2E122D8449E85B64DF60AABD8A4E6943C8 | Girly Girls |
| 06/10/2014 01:05:19 | 10638A00080FF333239FF46EF414A4B1B6249C48 | My Naughty Girl |
| 06/10/2014 00:31:48 | 7B8D23026885A7C61E991D62ADE1FA8112775491 | Floating Emotions |
| 06/08/2014 19:26:52 | 5D20D4EAC1E45739668F293D9E67C18CA49E926F | Season of Love |
| 06/08/2014 19:04:49 | 671FB04CB99CB52FFE9FF9E8F120EC62ACC58BC6 | Double Tease |
| 06/08/2014 18:07:42 | 0EA2EC08BA5DB34365E0C698AFAA6EDFC96EC72C | Meet My Lover From Austria |
| 06/08/2014 15:00:21 | B984222F1A2FD60EFAF2B6AE21D46BAAD97ABB1F | Threes Company |
| 06/08/2014 14:54:07 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 06/08/2014 14:34:33 | 164CD7A1EB3666CA95D899114DC70E030C89E2D7 | Playing Dress Up |
| 06/08/2014 14:29:18 | C74CC2F501FFFAF0E83F09AF27E7C06F09878AA9 | Grow Up With Me |
| 06/08/2014 14:25:48 | 338DEE74FA05CDF1CBD7FC5630C4AE40829CED15 | Fantasy Come True |
| 06/08/2014 07:43:23 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 06/08/2014 07:17:53 | 5EE70EBEC315EF7EE3CB7F46CF0191533BFA961F | Two By Two |
| 06/08/2014 06:04:21 | E7EA8210A43B460F823318B9AE17A400FFDA396F | Stay for a While |

**Total Statutory Claims Against Defendant: 20**

EXHIBIT A

CNJ128